UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. RIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTINA L. JOHNSON, et al.,<br><br>    Defendants. | Case No. 18-cv-06655-EMC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**<br><br>Docket No. 17 |

Plaintiff's motion for extension of time to file a notice of appeal is **DENIED** because it was not timely filed. Docket No. 17. A party in a civil action such as this must file a notice of appeal within 30 days after entry of the judgment. Fed. R. App. P. 4(a)(1)(A). The deadline to file a notice of appeal can be extended only if a party requests an extension of the deadline "no later than 30 days after the time period prescribed by this Rule 4(a) expires," and shows excusable neglect or good cause for the extension. Fed. R. App. P. 4(a)(5)(A). Here, the action was dismissed and judgment was entered on November 27, 2018. Plaintiff's motion for extension of the time to file a notice of appeal was filed on March 13, 2019, 106 days later and therefore not within 60 days after the entry of judgment. The motion cannot be granted because it is untimely. *See* Fed. R. App. P. 4(a)(5)(A).

    **IT IS SO ORDERED**.

Dated: April 3, 2019

                                                                            EDWARD M. CHEN<br>
                                                                            United States District Judge